Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                  Case No.: 18−23496−ABA
                                  Chapter: 13
                                  Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maurizo Evola
   59 Stoneham Drive
   Riverside, NJ 08075

Social Security No.:
   xxx−xx−6568

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                9/26/18
Time:              10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 18, 2018
JAN: dmb

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23496-ABA
Maurizo Evola                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jul 18, 2018
                               Form ID: 132             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
```
db             +Maurizo Evola,    59 Stoneham Drive,    Riverside, NJ 08075-1347
517648621      +Citizens Bank,    PO Box 42113,    Providence, RI 02940-2113
517648623      +Jan Evola,    59 Stoneham Drive,    Riverside, NJ 08075-1347
517648625       New Jersey American Water,    PO Box 371331,    Hookstown, PA 15050
517648626      +PSE&G Co,    PO Box 14444,    New Brunswick, NJ 08906-4444
517648627      +Xfinity Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2018 23:51:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2018 23:51:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
517648622      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 18 2018 23:50:58     Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517648624      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2018 23:51:30     Midland Funding LLC,
                 2365 Northside Drive ,Ste 300,    San Diego, CA 92108-2709
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
```
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert C Leite    on behalf of Debtor Maurizo  Evola rleite@rlmfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```