Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                  Case No.: 18−23496−ABA
                                                  Chapter: 13
                                                  Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maurizo Evola
   59 Stoneham Drive
   Riverside, NJ 08075

Social Security No.:
   xxx−xx−6568

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/2/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 2, 2018
JAN: bc

                                                                                           Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-23496-ABA
Maurizo Evola                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Nov 02, 2018
                             Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2018.
```
db          +Maurizo Evola,   59 Stoneham Drive,    Riverside, NJ 08075-1347
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    RAS Crane, LLC,
             10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
517648621   +Citizens Bank,    PO Box 42113,   Providence, RI 02940-2113
517648623   +Jan Evola,    59 Stoneham Drive,    Riverside, NJ 08075-1347
517648625    New Jersey American Water,    PO Box 371331,    Hookstown, PA 15050
517648626   +PSE&G Co,    PO Box 14444,   New Brunswick, NJ 08906-4444
517756908   +State of New Jersey,    Division of Employer Accounts,    PO Box 379,   Trenton, NJ 08625-0379
517773832   +Wilmington Savings Fund Society,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
517648627   +Xfinity Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2018 23:23:35      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2018 23:23:31      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517733171    EDI: RESURGENT.COM Nov 03 2018 02:43:00      Ashley Funding Services, LLC its successors and,
             assigns as assignee of Laboratory,    Corporation of America Holdings,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517648622   +E-mail/Text: bankruptcy.bnc@ditech.com Nov 02 2018 23:22:59      Ditech Financial LLC,
             PO Box 6172,   Rapid City, SD 57709-6172
517648624   +EDI: MID8.COM Nov 03 2018 02:43:00      Midland Funding LLC,   2365 Northside Drive ,Ste 300,
             San Diego, CA 92108-2709
517754311   +E-mail/Text: bkteam@selenefinance.com Nov 02 2018 23:22:42
             Wilmington Savings Fund Society, FSB,    c/o Selene Finance LP,
             9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com,
           informationathnk@aol.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert C Leite    on behalf of Debtor Maurizo   Evola rleite@rlmfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```